Submit this form by e-mail to:

[CrimIntakeCourtDocs-LA@cacd.uscourts.gov](CrimIntakeCourtDocs-LA@cacd.uscourts.gov)  For Los Angeles criminal duty.
[CrimIntakeCourtDocs-SA@cacd.uscourts.gov](CrimIntakeCourtDocs-SA@cacd.uscourts.gov)  For Santa Ana criminal duty.
[CrimIntakeCourtDocs-RS@cacd.uscourts.gov](CrimIntakeCourtDocs-RS@cacd.uscourts.gov)  For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
1/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED21MJ00025

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Kevin Strong<br>USMS# 26784-509<br>DEFENDANT | CASE NUMBER:<br>1:21-mj00151<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/22/2021; 9:00    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1752 (a)(1); 18 U.S.C. 1752(a)(2); 40 U.S.C. 5104(e)(2)(D), (G)

5. Offense charged is a:  ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☒ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1976

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: Yes

10. Remarks (if any): N/A

11. Name: SA Erin Norwood    (please print)

12. Office Phone Number: (310)405-1898      13. Agency: FBI-Riverside RA

14. Signature: /s/      15. Date: 01/22/2021

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION