AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

FILED
CLERK, U.S. DISTRICT COURT
01/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

United States of America
v.
Kevin Strong

*Defendant*

Case No. ED21MJ00025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kevin Strong,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/21/2021

2021.01.21 22:53:46 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Judge Zia M. Faruqui

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kevin Strong

Known aliases:

Last known residence: 971 Hidden Oak Drive, Beaumont, CA

Prior addresses to which defendant/offender may still have ties: 34210 Pheasant Run Circle, Wildomar, CA 92595

Last known employment:

Last known telephone numbers: 909-224-0806

Place of birth:

Date of birth: 4/15/1976

Social Security number:

Height: 6'6"     Weight: 400

Sex: Male     Race: White

Hair:     Eyes: Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: FBI

Investigative agency address: FBI Erin Norwood (LA) (310-405-1898) Kelly Bowen (WFO) (202-878-2202)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: