FILED
2021 JAN 25 PM 12:59
CENTRAL DIST OF CALIF
RIVERSIDE
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. | CASE NUMBER 5:21-mj-00025-DUTY |
|---|---|
| Kevin Strong DEFENDANT/MATERIAL WITNESS, | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |

Having been ordered by the Court on ___January 22, 2021___ to take third-party custody of ___Kevin Strong___ I, ___Robert Strong___ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

Father
Relationship to Defendant/Material Witness

971 Hidden Oaks Dr.
Address (only if the above is an organization)

Beaumont, CA 92223
City and State only

(909) 843-0527
Telephone Number

Date: 1/25/21

CR-31 (03/15)                    AFFIDAVIT OF THIRD-PARTY CUSTODIAN